IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Tommy Meadows**,<br><br>　　Plaintiff,<br><br>-vs-<br><br>**Correctional Officer C. Coppick**, **et al.**,<br><br>　　Defendants. | CASE NO. 1:21-cv-00322<br><br>**Judge Douglas R. Cole**<br><br>**Magistrate Judge Karen Litkovitz** |

### MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

　　Now come Attorneys Jacqueline Greene, Sarah Gelsomino, and Rebecca Salley of the law firm of Friedman Gilbert + Gerhardstein, and hereby move this Court to permit them to withdraw as counsel for Plaintiff Tommy Meadows. Plaintiff consents to counsel's withdrawal. Counsel for Defendants has been notified via email. Counsel makes this motion in accordance with Ohio. R. Professional Conduct 1.16.

　　This matter remains in the discovery phase. Plaintiff Meadows is incarcerated at this time and has limited access to communication outside of the facility. Therefore, should the Court grant Counsel's Motion, Counsel ask the Court to permit Plaintiff six months to obtain new counsel. Should the Court require additional information, Counsel ask that an ex parte status conference be scheduled.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Rebecca P. Salley*

　　　　　　　　　　　　　　　　　　　　　　　Sarah Gelsomino (0084340)
　　　　　　　　　　　　　　　　　　　　　　　FRIEDMAN, GILBERT + GERHARDSTEIN

        50 Public Square, Suite 1900
        Cleveland, OH 44113
        T: 216-241-1430
        F: 216-621-0427
        sarah@FGGfirm.com

        Jacqueline Greene (0092733)
        Rebecca P. Salley (0097269)
        FRIEDMAN, GILBERT + GERHARDSTEIN
        35 E. 7th Street, Suite 201
        Cincinnati, OH 45202
        T: 513-572-4200
        F: 216-621-0427
        jacqueline@FGGfirm.com
        rebecca@FGGfirm.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Rebecca P. Salley*
        Rebecca P. Salley
        *Attorney for Plaintiff*