# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

TOMMY MEADOWS,
    Plaintiff,

vs.

CORRECTIONAL OFFICER
C. COPPICK, et al.,
    Defendants.

Case No. 1:21-cv-322
Hopkins, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on the motion to withdraw as plaintiff's counsel file by Attorneys Jacqueline Greene, Sarah Gelsomino, and Rebecca Salley of the law firm of Friedman Gilbert + Gerhardstein. (Doc. 38). The motion indicates that plaintiff consents to counsel's withdrawal. *Id*.

Upon consideration of the motion, the Court **GRANTS** the motion to withdraw as plaintiff's counsel.

Plaintiff is **GRANTED forty-five (45) days** within which to secure new counsel. Plaintiff is **ORDERED** to notify the Court in writing by **July 24, 2023** whether he will proceed through counsel or pro se.

All deadlines in this case are held in abeyance during this time period.

The Clerk of Court is **DIRECTED** to serve plaintiff with a copy of this Order by certified and regular mail at the following address:

> Tommy Meadows, A438207
> Warren Correctional Institution
> P.O. Box 120
> Lebanon, OH 45036

**IT IS SO ORDERED**.

Date: 6/8/2023

Karen L. Litkovitz
United States Magistrate Judge