# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Tommy Meadows,<br><br>   Plaintiff,<br><br> vs.<br><br>Correctional Officer C. Coppick, *et al.*,<br><br>   Defendants. | Case No. 1:21-CV-00322<br><br>Hon. Judge Douglas R. Cole<br><br>Mag. Judge Karen Litkovitz<br><br>**Notice of Appearance as Counsel for Plaintiff** |

  Attorney Peter Pattakos (Ohio Bar No. 0082884), of the Pattakos Law Firm LLC, hereby give notice of his appearance as counsel for Plaintiff Tommy Meadows in this matter pursuant to this Court's order of June 8, 2023 (Doc. # 39). Please direct all further correspondence, orders, notifications, and all other information about this case to Attorney Pattakos using the below-listed contact information.

                Respectfully submitted,

                */s/ Peter Pattakos*
                Peter Pattakos (0082884)
                THE PATTAKOS LAW FIRM LLC
                101 Ghent Road, Fairlawn, Ohio 44333
                P:330.836.8533/F: 330.836.8536
                peter@pattakoslaw.com

## Certificate of Service

  The foregoing document was filed on July 24, 2023, using the Court's e-filing system, which will serve copies on all necessary parties.

                */s/ Peter Pattakos*
                *Attorney for Plaintiff*