**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| Tommy Meadows,<br><br>              Plaintiff,<br><br>      vs.<br><br>Correctional Officer C. Coppick, *et al.*,<br><br>              Defendants. | Case No. 1:21-CV-00322<br><br>Hon. Judge Douglas R. Cole<br><br>Mag. Judge Karen Litkovitz<br><br>**Notice of Appearance as Counsel for Plaintiff** |

Attorney Zoran Balac (Ohio Bar No. 0100501), of the Pattakos Law Firm LLC, hereby gives notice of his appearance as co-counsel for Plaintiff Tommy Meadows in this matter pursuant to this Court's order of June 8, 2023 (Doc. # 39). Please direct all further correspondence, orders, notifications, and all other information about this case to Attorney Balac using the below-listed contact information.

Respectfully submitted,

*/s/ Zoran Balac*
Peter Pattakos (0082884)
Gregory Gipson (0089340)
Zoran Balac (0100501)
THE PATTAKOS LAW FIRM LLC
101 Ghent Road, Fairlawn, Ohio 44333
P:330.836.8533/F: 330.836.8536
peter@pattakoslaw.com
ggipson@pattakoslaw.com
zbalac@pattakoslaw.com

**Certificate of Service**

The foregoing document was filed on July 24, 2023, using the Court's e-filing system, which will serve copies on all necessary parties.

*/s/ Zoran Balac*
*Attorney for Plaintiff*