# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Tommy Meadows,<br><br>        Plaintiff,<br><br>  vs.<br><br>Correctional Officer C. Coppick, *et al.*,<br><br>        Defendants. | Case No. 1:21-CV-00322<br><br>Hon. Judge Douglas R. Cole<br><br>Mag. Judge Karen Litkovitz<br><br>**Notice of Appearance as Counsel for Plaintiff** |

Attorney Emmett E. Robinson (Ohio Bar No. 0088537), of Robinson Law Firm LLC, hereby gives notice of his appearance as co-counsel for Plaintiff Tommy Meadows in this matter pursuant to this Court's order of June 8, 2023 (Doc. # 39). Mr. Robinson will serve as co-counsel with Attorneys Peter Pattakos, Gregory Gipson, and Zoran Balac of the Pattakos Law Firm LLC. Please direct all further correspondence, orders, notifications, and all other information about this case to Attorney Robinson using the below-listed contact information.

                                              Respectfully submitted,

                                              */s/ Emmett Robinson*
                                              Emmett E. Robinson (0088537)
                                              ROBINSON LAW FIRM LLC
                                              6000 Lorain Ave., # 731
                                              Cleveland, Ohio 44102
                                              P: 216.505.6900/F:216.649.0508
                                              erobinson@robinsonlegal.org

                                              *Attorney for Plaintiff Tommy Meadows*

## Certificate of Service

The foregoing document was filed on July 24, 2023, using the Court's e-filing system, which will serve copies on all necessary parties.

                                              */s/ Emmett E. Robinson*
                                              *Attorney for Plaintiff*