# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

TOMMY MEADOWS,

    *Plaintiff,*

vs.

CORRECTIONAL OFFICER C. COPPICK, *et al.*,

    *Defendants.*

Case No. 1:21-cv-322

Judge Jeffery P. Hopkins

## JURY INTERROGATORY NO. 1

Has Plaintiff Tommy Meadows proven, by a preponderance of the evidence, that Defendant Christopher Coppick used excessive force against Plaintiff in violation of the Eighth Amendment?

    ✓ YES     \_\_\_\_ NO

All jurors must agree and sign below.



*If you answered YES, then proceed to Interrogatory No. 2.*

*If you answered NO, then proceed to General Verdict Form No. 1.*

*If you cannot unanimously agree, please inform the Court Security Officer.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TOMMY MEADOWS,

    *Plaintiff,*

vs.

CORRECTIONAL OFFICER C.
COPPICK, *et al.*,

    *Defendants.*

Case No. 1:21-cv-322

Judge Jeffery P. Hopkins

## JURY INTERROGATORY NO. 2

If you find that Plaintiff Tommy Meadows is entitled to recover damages, you may award compensatory or nominal damages, but not both.

**Compensatory Damages**: If Plaintiff Tommy Meadows has proven that the injuries he suffered were proximately caused by Defendant Christopher Coppick's wrongful conduct, then what amount of compensatory damages, if any, should be awarded to Plaintiff:

$ __43,000__

All jurors must agree and sign below.

**Nominal Damages**: If you have not awarded compensatory damages, and find that Plaintiff Tommy Meadows is entitled to recovery from Defendant Christopher Coppick and has not suffered any actual damages, then you may award nominal damages to Plaintiff:

$ _____

All jurors must agree and sign below.

_____    _____

_____    _____

_____    _____

_____

*Please proceed to General Verdict Form No. 2.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

TOMMY MEADOWS,

    *Plaintiff,*

vs.

CORRECTIONAL OFFICER C. COPPICK, *et al.*,

    *Defendants.*

Case No. 1:21-cv-322

Judge Jeffery P. Hopkins

## GENERAL VERDICT FORM NO. 2 – FOR PLAINTIFF MEADOWS

With regard to Plaintiff Tommy Meadows' claim for excessive force against Defendant Christopher Coppick, we, the jury, being duly impaneled and sworn, do find in favor of Plaintiff Tommy Meadows.

Please enter any damages you awarded to Plaintiff Tommy Meadows in Jury Interrogatory No. 2 here: $ __43,000__.

All jurors must agree.



*Your verdict is now complete as to Defendant Christopher Coppick. Please proceed to Interrogatory No. 3 as it relates to Plaintiff's claims against Defendant William Bauer.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TOMMY MEADOWS,

    *Plaintiff*,

vs.

CORRECTIONAL OFFICER C.
COPPICK, *et al.*,

    *Defendants*.

Case No. 1:21-cv-322

Judge Jeffery P. Hopkins

## JURY INTERROGATORY NO. 3

Has Plaintiff Tommy Meadows proven, by a preponderance of the evidence, that Defendant William Bauer used excessive force against Plaintiff in violation of the Eighth Amendment?

    √ YES     ____ NO

All jurors must agree and sign below.

*If you answered YES, then proceed to Interrogatory No. 4.*
*If you answered NO, then proceed to General Verdict Form No. 3.*
*If you cannot unanimously agree, please inform the Court Security Officer.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TOMMY MEADOWS,

    *Plaintiff*,

vs.

CORRECTIONAL OFFICER C.
COPPICK, *et al.*,

    *Defendants*.

Case No. 1:21-cv-322

Judge Jeffery P. Hopkins

## JURY INTERROGATORY NO. 4

If you find that Plaintiff Tommy Meadows is entitled to recover damages, you may award compensatory or nominal damages, but not both.

**Compensatory Damages**: If Plaintiff Tommy Meadows has proven that the injuries he suffered were proximately caused by Defendant William Bauer's wrongful conduct, then what amount of compensatory damages, if any, should be awarded to Plaintiff:

$ __75,000__

All jurors must agree and sign below.

**Nominal Damages**: If you have not awarded compensatory damages, and find that Plaintiff Tommy Meadows is entitled to recovery from Defendant William Bauer and has not suffered any actual damages, then you may award nominal damages to Plaintiff:

$ _____

All jurors must agree and sign below.

_____    _____

_____    _____

_____    _____

*Please proceed to General Verdict Form No. 4.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TOMMY MEADOWS,

    *Plaintiff*,

vs.

CORRECTIONAL OFFICER C.
COPPICK, *et al.*,

    *Defendants.*

Case No. 1:21-cv-322

Judge Jeffery P. Hopkins

## GENERAL VERDICT FORM NO. 4 – FOR PLAINTIFF MEADOWS

With regard to Plaintiff Tommy Meadows' claim for excessive force against Defendant William Bauer, we, the jury, being duly impaneled and sworn, do find in favor of Plaintiff Tommy Meadows.

Please enter any damages you awarded to Plaintiff Tommy Meadows in Jury Interrogatory No. 4 here: $ __75,000__.

All jurors must agree.



*Your verdict is now complete as to Defendant William Bauer. Please proceed to Interrogatory No. 5 as it relates to Plaintiff's claims against Defendant Kenneth Plowman.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TOMMY MEADOWS,

    *Plaintiff,*

vs.

CORRECTIONAL OFFICER C. COPPICK, *et al.*,

    *Defendants.*

Case No. 1:21-cv-322

Judge Jeffery P. Hopkins

## JURY INTERROGATORY NO. 5

Has Plaintiff Tommy Meadows proven, by a preponderance of the evidence, that Defendant Kenneth Plowman retaliated against Plaintiff in violation of the First Amendment?

   ✓ YES    \_\_\_\_\_ NO

All jurors must agree and sign below.

*If you answered YES, then proceed to Interrogatory No. 6.*
*If you answered NO, then proceed to General Verdict Form No. 5.*
*If you cannot unanimously agree, please inform the Court Security Officer.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TOMMY MEADOWS,

    *Plaintiff,*

vs.

CORRECTIONAL OFFICER C. COPPICK, *et al.*,

    *Defendants.*

Case No. 1:21-cv-322

Judge Jeffery P. Hopkins

## JURY INTERROGATORY NO. 6

If you find that Plaintiff Tommy Meadows is entitled to recover damages, you may award compensatory or nominal damages, but not both.

**Compensatory Damages**: If Plaintiff Tommy Meadows has proven that the injuries he suffered were proximately caused by Defendant Kenneth Plowman's wrongful conduct, then what amount of compensatory damages, if any, should be awarded to Plaintiff:

$ __91,000__

All jurors must agree and sign below.

**Nominal Damages**: If you have not awarded compensatory damages, and find that Plaintiff Tommy Meadows is entitled to recovery from Defendant Kenneth Plowman and has not suffered any actual damages, then you may award nominal damages to Plaintiff:

$ _____

All jurors must agree and sign below.

_____      _____

_____      _____

_____      _____

_____

*Please proceed to General Verdict Form No. 6.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TOMMY MEADOWS,

    *Plaintiff,*

vs.

CORRECTIONAL OFFICER C.
COPPICK, *et al.*,

    *Defendants.*

Case No. 1:21-cv-322

Judge Jeffery P. Hopkins

## GENERAL VERDICT FORM NO. 6 – FOR PLAINTIFF MEADOWS

With regard to Plaintiff Tommy Meadows' retaliation claim against Defendant Kenneth Plowman, we, the jury, being duly impaneled and sworn, do find in favor of Plaintiff Tommy Meadows.

Please enter any damages you awarded to Plaintiff Tommy Meadows in Jury Interrogatory No. 6 here: $ __91,000__.

All jurors must agree.

*Your verdict is now complete as to Defendant Kenneth Plowman. Please inform the Court Security Officer.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Tommy Meadows, | : | Case No. 1:21-cv-322 |
| Plaintiff, | : | Judge Jeffery P. Hopkins |
| v. | : | |
| | : | Magistrate Judge Litkovitz |
| Correctional Officer C. Coppick, *et al.*, | : | |
| Defendants. | : | |

### Jury Punitive Damages Verdict Form No. 1

What amount of punitive damages, if any, should be assessed against Defendant Christopher Coppick as a result of his use of excessive force in violation of Plaintiff Tommy Meadows's protected constitutional rights?

$ 30,000

(enter dollar amount)



All jurors must agree.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Tommy Meadows, | : | Case No. 1:21-cv-322 |
| Plaintiff, | : | Judge Jeffery P. Hopkins |
| v. | : | |
| | : | Magistrate Judge Litkovitz |
| Correctional Officer C. Coppick, *et al.*, | : | |
| Defendants. | : | |

### Jury Punitive Damages Verdict Form No. 2

What amount of punitive damages, if any, should be assessed against Defendant William Bauer as a result of his use of excessive force in violation of Plaintiff Tommy Meadows's protected constitutional rights?

$ *100,000*

(enter dollar amount)

All jurors must agree.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Tommy Meadows, | : | Case No. 1:21-cv-322 |
| Plaintiff, | : | Judge Jeffery P. Hopkins |
| v. | : | Magistrate Judge Litkovitz |
| Correctional Officer C. Coppick, *et al.*, | : | |
| Defendants. | : | |

### Jury Punitive Damages Verdict Form No. 3

What amount of punitive damages, if any, should be assessed against Defendant Kenneth Plowman as a result of his retaliation in violation of Plaintiff Tommy Meadows's protected constitutional rights?

$ 65,000

(enter dollar amount)

All jurors must agree.