AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

TOMMY MEADOWS
*Plaintiff*
v.
CORRECTIONAL OFFICER C. COPPICK, et al.
*Defendant*

Civil Action No. 1:21-cv-00322

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

❒ other: .

This action was *(check one)*:

✔ tried by a jury with Judge Jeffery P. Hopkins presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

❒ decided by Judge ______ on a motion for .

Date: September 12, 2025

*CLERK OF COURT*

/s/K.Colyer, D.C.
*Signature of Clerk or Deputy Clerk*