IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TOMMY MEADOWS,

    *Plaintiff,*

v.

CORRECTIONAL OFFICER C. COPPICK, *et al.*,

    *Defendants.*

Case No. 1:21-cv-322

Judge Jeffery P. Hopkins

## ORDER

    This case proceeded to a jury trial on September 8, 2025, and was submitted to the jury for deliberations on September 11, 2025. Throughout deliberations, the Court reminded counsel to remain within ten minutes of the courthouse in the event that the jury had any questions or reached a verdict. Despite this admonition, Plaintiff's counsel arrived at the courthouse twenty minutes late after being advised that the jury had reached a verdict. This was not the first instance when Plaintiff's counsel was late. Thus, as the Court advised during trial and pursuant to the Court's "inherent power to maintain respect and decorum," *In re Smothers*, 322 F.3d 438, 442 (6th Cir. 2003); *see also Chambers v. Nasco*, 501 U. S. 32, 43 (1991), Plaintiff's counsel is **FINED** $100 to be paid to the Clerk of Courts. The fine is due immediately.

    IT IS SO ORDERED.

October 28, 2025

Jeffery P. Hopkins
United States District Judge