**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Tommy Meadows,** | : | **Case No. 1:21-cv-322** |
| **Plaintiff,** | : | **Judge Jeffery P. Hopkins** |
| **v.** | : | |
| | : | **Magistrate Judge Litkovitz** |
| **Correctional Officer C. Coppick, *et al.*,** | : | |
| **Defendants.** | : | |

**DEFENDANTS CHRISTOPHER COPPICK, KENNETH PLOWMAN, AND WILLIAM BAUER'S MOTION TO STAY BRIEFING ON PLAINTIFF'S MOTION FOR ATTORNEY FEES, COSTS, AND PREJUDGMENT INTEREST [DOC. 116]**

NOW COME Defendants Christopher Coppick, Kenneth Plowman, and William Bauer, by and through counsel, and hereby move the Court to stay briefing on Plaintiff's Motion for Attorneys' Fees, Costs, and Prejudgment Interest. [Doc. 116].

Defendants ask that briefing on Plaintiff's Motion for Fees, Costs, and Interest be stayed pending disposition of their post-trial motions and any subsequent appeal. Defendants further state that the posting of any bond should not be required or in the amount of $0.00.

The basis for Defendants' motion is more fully described in the memorandum in support set forth below.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ D. Chadd McKitrick*

**D. CHADD MCKITRICK (0073750)**
**JENNIFER A. DRISCOLL (0073472)**
Senior Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233/FX: (866) 359-3383
Daniel.McKitrick@OhioAGO.gov
Jennifer.Driscoll@OhioAGO.gov

*Counsel for Defendants*

**MEMORANDUM IN SUPPORT**

As the Court is aware, on September 12, 2025, a jury rendered a verdict in favor of Plaintiff and awarded him compensatory and punitive damages against each defendant in this matter. Upon conclusion of the proceedings, the Court discussed allowing Plaintiff thirty (30) days to submit a petition seeking the awarding of attorney fees and costs. [Doc. 113, PageID 2481-82]. Thereafter, Plaintiff submitted his motion for attorney fees, costs, and prejudgment interest. [Doc. 116].

After trial and before Plaintiff submitted his motion, Defendants filed post-trial motions seeking judgment as a matter of law, or in the alternative, for a new trial, in addition to a motion to alter or amend the judgment. [Docs. 114 and 115]. Defendants further retain the right to file an appeal of the judgment against them pending a negative disposition of their post-trial motions.

Defendants move the Court to stay briefing on Plaintiff's motion for attorney fees and costs pending disposition of the pending post-trial motions and possible appeal. Such request is not unprecedented, nor unusual. *Price v. Medicaid Dir., Office of Med. Assistance*, No. 1:13-cv-74, 2016 U.S. Dist. LEXIS 187062, at *4 (S.D. Ohio Feb. 1, 2016). *See also*, *Wilson v. DM Excavating, LLC* 2:18-cv-1779, 2020 U.S. Dist. LEXIS 28940, 2020 WL 830400 (S.D. Ohio Feb. 20, 2020).

"The Advisory Committee Note to the 1993 Amendments to Rule 54 provides, in relevant part:

> If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filingafter the appeal has been resolved. A notice of appeal does not extend the period by permitting claims to be filed after resolution of the appeal.

Fed. R. Civ. P. 54 Advisory Committee's Note 1993." *Price*, 2016 U.S. Dist. LEXIS 187062, at *4 "Where 'the claim for fees . . . is likely to be affected by the appellate decision, the district

court may prefer to defer consideration of the claim for fees until after the appeal is resolved.'" *Id.* (citing Fed. R. Civ. P. 58 Advisory Committee's Note 1993). That is the case in this situation.

Should Plaintiff prevail on the post-trial motions and appeal, he will be entitled to additional fees for the time spent on those motions and appeal. *Price*, 2016 U.S. Dist. LEXIS 187062, at *4 (citing *Michigan Bldg. & Constr. Trades Council, AFL-CIO v. Snyder*, No. 11-13520, 2012 U.S. Dist. LEXIS 71829, 2012 WL 1893516, at *2 (E.D. Mich. May 23, 2012) in turn citing *Dowling c. Litton Loan Servicing LP*, 320 Fed. Appx. 442, 450 (6th Cir. 2009). On the other hand, resolution of any of these motions or appeal in Defendants' favor will, in whole or in part, affect Plaintiff's ability to recover the full fees requested within their motion. *Id.* at *5.

In the interest of judicial economy, the Court should stay briefing on Plaintiff's motion for attorney fees, costs, and prejudgment interest. This motion is being made in good faith and not for the purpose of delay. As a professional courtesy and in good faith, Defendants' counsel contacted Plaintiff's counsel to inquire about not objecting or opposing this motion, and Plaintiff's counsel stated that Plaintiff will oppose this motion.

Nor should the Court require Defendants to post any bond or require a bond in the amount of $0.00 should it grant a stay of briefing on Plaintiff's motion. The posting of bond is often required when staying trial court proceedings after judgment to prevent defendants and other parties from funneling or depleting funds so as to avoid payment on the judgment. There will be no evidence in this particular matter that will show Defendants would shuffle or deplete funds to avoid payment of any award or attorney fees, costs, or prejudgment interest in this matter.

In conclusion, the Court should grant Defendants' motion to stay briefing pending disposition of their post-trial motions and any subsequent appeal of this matter. Because there will be no evidence that Defendants will not be able to make payment on the judgment or any attorney

fees, if and when the time comes, the Court should not require Defendants to post a bond or post a bond in the amount of $0.00.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ D. Chadd McKitrick*
**D. CHADD MCKITRICK (0073750)**
**JENNIFER A. DRISCOLL (0073472)**
Senior Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233/FX: (866) 359-3383
Daniel.McKitrick@OhioAGO.gov
Jennifer.Driscoll@OhioAGO.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, a copy of the foregoing *Defendants' Motion to Stay Briefing of Plaintiff's Motion for Attorney Fees and Costs* was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ D. Chadd McKitrick*
D. CHADD McKITRICK (0073750)
Senior Assistant Attorney General

*Counsel for Defendants*