## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| TOMMY MEADOWS, | : |
| | : |
| *Plaintiff*, | : Case No. 1:21-cv-322 |
| | : |
| v. | : Judge Jeffery P. Hopkins |
| | : |
| CORRECTIONAL OFFICER C. | : |
| COPPICK, *et al.*, | : |
| | : |
| *Defendants*. | : |

## EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|---|---|---|---|
| Jeffery P. Hopkins | | | | | Emmett Robinson, Peter Pattakos and Maryam Assar | Chadd McKitrick, Salvatore Messina |
| TRIAL DATE(S) | | | | | COURT REPORTER | COURTROOM DEPUTY/LAW CLERK |
| September 8 – September 12, 2025 | | | | | Linda Mullen, Official | Karli Colyer/Spencer Parts |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 9/8/2025 | | | William J. Bauer, Lieutenant, Office of Department of Corrections, continued on 9/9/2025 |
| W2 | | 9/9/2025 | | | Christopher L. Coppick, Correctional Officer, Office of Department of Corrections |
| W3 | | 9/9/2025 | | | Kenneth E. Plowman, Correctional Officer, Officer of Department of Corrections |
| W4 | | 9/9/2025 | | | Tommy Meadows, Plaintiff, continued on 9/10/2025 |
| W5 | | 9/10/2025 | | | Madeleine Smith, Plaintiff's Spouse |
| | | | | | **EXHIBIT LIST** |
| | | | | | **September 8, 2025** |
| PX-4 | | 9/8/2025 | X | X | Video of 5/19/19 assaults beginning ca. 4:22 PM |
| PX-5 | | 9/8/2025 | X | X | Video of strip cage 5/19/19 beginning ca. 4:22 PM |
| PX-7 | | 9/8/2025 | X | X | Video of guards after assaults 5/19/19 beginning ca. 4:30 PM |
| PX-11 | | 9/8/20525 | X | X | 5/19/19 post-assault photos of Mr. Meadows and blood on the floor |

| | | | | | |
|---|---|---|---|---|---|
| PX-9 | | 9/8/2025 | X | X | Video of guards and medical staff 5/19/19 beginning ca. 4:37 PM |
| PX-54 | | 9/8/2025 | X | X | Use of Force Report with attachments, p. 35, p. 149, p. 158 |
| **September 9, 2025** | | | | | |
| | DX-6 | 9/9/2025 | X | X | Use of Force Investigation Report relevant to May 19, 2019 incident Bates-Stamped as "AGO Initial Disclosures 000016 – 000185", p. 56, p.156 |
| | DX-5 | 9/9/2025 | X | X | SOCF Security video titled 214-19 Bates-Stamped as "AGO Initial Disclosures 000003" |
| PX-1 | | 9/9/2025 | X | X | Video of mess hall line 5/19/2019 beginning ca. 4:19 PM |
| PX-54 | | 9/9/2025 | X | X | Use of Force Report with attachments, p. 78 |
| PX-22 | | 9/9/2025 | X | X | 7/31/19 Conduct Report and attached/follow-on documents produced by the State |
| PX-10 | | 9/9/2025 | X | X | Four handheld videos of Mr. Meadows on 5/19/19 post-assaults |
| PX-15 | | 9/9/2025 | X | X | 6/3/19 ERH Transition Monthly Review |
| PX-51 | | 9/9/2025 | X | X | Photos of 7/11/19 ICR copies received by Madeleine Smith |
| PX-25 | | 9/9/2025 | X | X | 8/1/19 ICR re "lost" earlier ICRs |
| PX-27 | | 9/9/2025 | X | X | 8/1/19 ICR re 5/19/19 assaults with response from Cool |
| PX-37 | | 9/9/2025 | X | X | 8/22/19 ICR re retaliation for filing 7/31/19 ICR, with response |
| PX-34 | | 9/9/2025 | X | X | Audio Recording of 8-21-19 of SMP Hearing re retaliation and indefinite ERH housing |
| PX-29 | | 9/9/2025 | X | X | 8/1/19 ICR restating contents of 7/11/18 ICR |
| **September 10, 2025** | | | | | |
| | DX-4 | 9/10/2025 | X | X | SOCF Handheld videos titled DSCF4127 and DSCF4594 Bates-Stamped as "AGO Initial Disclosures 000001 – 000002" |
| | DX-6 | 9/10/2025 | X | X | Use of Force Investigation Report relevant to May 19, 2019 incident Bates-Stamped as "AGO Initial Disclosures 000016 – 000185",  p. 64, p.75, p.17 |
| | DX-13 | 9/10/2025 | X | X | Declaration of Tommy Meadows, Doc. 67 CM/ECF, PageID Nos. 1050-1054 |
| | DX-11 | 9/10/2025 | X | X | Classification History and Records for Tommy Meadows for 2018 – 2023, p. 1592, p. 1596-1598, p.1610, p. 1615, p. 1619, p. 1620, p. 1632 |
| | DX-1 | 9/10/2025 | X | X | Medical/Mental Health records of Tommy Meadows Bates-Stamped as "AGO Initial Disclosures 000259 – 001026", p. 334-335 |
| PX-53 | | 9/10/2025 | X | X | Madeleine Smith-Chris Lambert email correspondence |