**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| TOMMY MEADOWS,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS COPPICK et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JUDGE JEFFREY P. HOPKINS<br><br>CASE NO. 1:21-CV-322-JPH-KLL |

**PLAINTIFF TOMMY MEADOWS'S**
**NOTICE OF CONTINUED PENDENCY**

Plaintiff Tommy Meadows respectfully files this notice to remind the Court that Defendants' Motion for Judgment as a Matter of Law (Doc. 114) and Motion to Alter or Amend the Judgment (Doc. 115) (together, the "Post-Trial Motions") remain pending. Plaintiff further states as follows:

1. On September 12, 2025, following a five-day trial, the jury in this § 1983 action unanimously awarded $404,000 in compensatory and punitive damages to Mr. Meadows and against Defendants, who had variously and without cause beaten Mr. Meadows's head against concrete, repeatedly sprayed him with OC spray, and caused his wrongful detention in solitary confinement for many months, all in flagrant violation of Mr. Meadows's constitutional rights.

2. On October 10, 2025, Defendants filed the Post-Trial Motions. Those motions were primarily based on grounds already raised by the defense orally at trial and properly denied by the Court in a detailed ruling from the bench. (*See* Doc. 111 at PageID 2312-16.) The motions, to succeed, also required the Court to view the facts in the light most favorable to the defense rather than, as the law requires, in the light most favorable to

Mr. Meadows. The Post-Trial Motions were fully briefed on November 14, 2025—more than nine months ago.

3. Defendants have informed Mr. Meadows's counsel that, in the likely event that they do not prevail on the Pre-Trial Motions, they intend to appeal. This appeal, of course, will not be filed until after this Court has ruled on the Post-Trial Motions.

4. Mr. Meadows acknowledges this Court's busy docket and the press of other business the Court must contend with. Nevertheless, he respectfully asks the Court to consider prioritizing resolution of the Post-Trial Motions. Unlike motions to dismiss, motions for summary judgment, or other substantive motions that may be pending before the Court in other matters, Mr. Meadows has already obtained a unanimous verdict and judgment in his favor. A jury of his peers has already concluded that Defendants' brutal actions violated Mr. Meadows's constitutional rights and were so severe as to merit substantial punitive damages. Moreover, Mr. Meadows, who remains in the custody of the Ohio Department of Rehabilitation and Corrections, pursued this case to trial at great personal risk, and continues to this day to be retaliated against by ODRC employees for that courage and for the judgment awarded to him.

5. The jury unanimously determined that Defendants were in the wrong and must compensate Mr. Meadows for the severe injuries they visited upon him. But despite the unanimous verdict rendered nearly a year ago, Mr. Meadows has not yet seen a penny of that award, due in large part to the delay in resolution of the Post-Trial Motions.

6. Mr. Meadows's ability to actually obtain justice in this matter is dependent upon this Court's resolution of the Post-Trial Motions. Final resolution will be further delayed

by the appeal process.[1] All told, it is likely at this juncture that two years will pass between judgment and resolution of the appeal.

7. Mr. Meadows respectfully asks the Court to rule on the Post-Trial Motions forthwith so that delay between judgment and resolution does not extend even further beyond that window.

Dated: August 25, 2026

Respectfully submitted,

/s/ Emmett E. Robinson
Peter Pattakos (82884)
Zoran Balac (100501)
Gregory Gipson (89340)
THE PATTAKOS LAW FIRM LLC
101 Ghent Road
Fairlawn, Ohio 44333
T: 330.836.8533 / F: 330.836.8536
peter@pattakoslaw.com
zbalac@pattakoslaw.com
ggipson@pattakoslaw.com

Emmett E. Robinson (88537)
ROBINSON LAW FIRM LLC
6600 Lorain Avenue #731
Cleveland, Ohio 44102
T: 216.505.6900 / F: 216.649.0508
erobinson@robinsonlegal.org

*Attorneys for Plaintiff*

[1] Final resolution will also be delayed if Mr. Meadows's motion for attorneys' fees, costs, and prejudgment interest (Doc. 116) (the "Attorneys' Fees Motion) is not resolved forthwith. As explained in Mr. Meadows's simultaneous filing on that issue (Doc. 128), Defendants failed to file a timely opposition to the Attorneys' Fees motion, and it should be granted.