**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| TOMMY MEADOWS, | ) | JUDGE JEFFREY P. HOPKINS |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:21-CV-322-JPH-KLL |
| CHRIS COPPICK et al., | ) | |
| Defendants. | ) | |

**PLAINTIFF TOMMY MEADOWS'S**
**MOTION TO GRANT UNOPPOSED MOTION FOR ATTORNEYS' FEES, COSTS, AND PREJUDGMENT INTEREST**

Plaintiff Tommy Meadows respectfully moves the Court for an order granting his Motion for Attorneys' Fees, Costs, and Prejudgment Interest (Doc. 116) ("Attorneys' Fees Motion"), which Defendants failed to timely oppose. In support of this motion, Mr. Meadows states as follows:

1. Mr. Meadows filed the Attorneys' Fees Motion on October 27, 2025. Seventeen days later, on November 14, 2025, Defendants filed a motion (Doc. 123) to stay briefing on the Attorneys' Fees Motion until after this case is resolved on direct appeal. Such a stay would ensure piecemeal appeals and a years-long delay is resolution of this case.

2. Mr. Meadows opposed the stay (Doc. 124). The Court never granted or otherwise ruled on the motion to stay. The three-week opposition deadline set by Local Rule 7.2(a) therefore remained—and remains—in force. *See Ascion, LLC v. Tempur Sealy Int'l, Inc.*, No. 5:17-CV-403, 2022 U.S. Dist. LEXIS 143636, at *14 (E.D. Ky. July 13, 2022) (motion to stay did not alter deadlines; "Generally, filing a motion for extension of time . . . does not toll the time for compliance with court-ordered deadlines."). Defendants nevertheless disregarded the November 17, 2025 deadline to oppose the Attorneys'

Fees Motion, and even now, more than nine months after that deadline has passed, have failed to file an opposition.

3. For the sake of efficiency, the Attorneys' Fees Motion should be resolved now so that any appeal from this Court's ruling on it may be taken up simultaneously the merits appeal (which itself will commence once the Court rules on Defendants' pending post-trial motions (*see* Doc. 127, Notice of Continued Pendency)).

**Conclusion**

For these reasons, Plaintiff Tommy Meadows respectfully asks the court to grant his Attorneys' Fees Motion.

Dated: August 25, 2026

Respectfully submitted,

/s/ Emmett E. Robinson

Peter Pattakos (82884)
Zoran Balac (100501)
Gregory Gipson (89340)
THE PATTAKOS LAW FIRM LLC
101 Ghent Road
Fairlawn, Ohio 44333
T: 330.836.8533 / F: 330.836.8536
peter@pattakoslaw.com
zbalac@pattakoslaw.com
ggipson@pattakoslaw.com

Emmett E. Robinson (88537)
ROBINSON LAW FIRM LLC
6600 Lorain Avenue #731
Cleveland, Ohio 44102
T: 216.505.6900 / F: 216.649.0508
erobinson@robinsonlegal.org

*Attorneys for Plaintiff*