**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| TOMMY MEADOWS,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS COPPICK et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:21-CV-322-JPH-KLL<br><br>JUDGE JEFFREY P. HOPKINS<br><br>MAGISTRATE JUDGE LITKOVITZ |

## NOTICE OF APPEAL

Plaintiff Tommy Meadows hereby appeals to the United Statutes Court of Appeals for the Sixth Circuit from the Opinion and Order entered on September 30, 2026, which opinion and order erroneously granted judgment as a matter of law to Defendant William Bauer in contravention of the jury verdict in this case.

Dated: October 16, 2026

Respectfully submitted,

/s/ Emmett E. Robinson

Emmett E. Robinson
Ohio Bar No. 88537
ROBINSON LAW FIRM LLC
6600 Lorain Ave. #731
Cleveland, OH 44102
T: 216.505.6900 / F: 216.649.0508
erobinson@robinsonlegal.org

Peter Pattakos (82884)
Zoran Balac (100501)
Gregory Gipson (89340)
Maryam Assar (104229)
THE PATTAKOS LAW FIRM LLC
101 Ghent Road
Fairlawn, Ohio 44333
T: 330.836.8533 / F: 330.836.8536
peter@pattakoslaw.com
zbalac@pattakoslaw.com
ggipson@pattakoslaw.com
massar@pattakoslaw.com

*Attorneys for Plaintiff Tommy Meadows*