**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Tommy Meadows,** | : | **Case No. 1:21-cv-322** |
| **Plaintiff,** | : | **Judge Jeffery P. Hopkins** |
| **v.** | : | |
| **Correctional Officer C. Coppick, *et al.*,** | : | |
| **Defendants.** | : | |

---

## DEFENDANTS' NOTICE OF APPEAL

---

Notice is given that Defendants Christopher Coppick, William Bauer, and Kenneth Plowman ("Defendants"), by and through counsel, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the District Court's Opinion and Order (Doc. 133), entered in this action on the 30th day of September, 2026, denying Defendants' (1) Rule 50(b) Motion for Judgment as a Matter of Law (Doc. 114) and (2) Rule 59(e) Motion to Alter or Amend the Judgment (Doc. 115).

Defendants further appeal the jury verdict and judgment reached by a jury against them on September 12, 2026. (Docs. 107 and 108).

Finally, Defendants appeal the Opinion and Order (Doc. 34) denying Defendants' Rule 12(c) Motion for Judgment on the Pleadings (Doc. 22).

Respectfully submitted,

D. ANDREW WILSON (0073767)
Ohio Attorney General

*/s/ D. Chadd McKitrick*
**D. CHADD MCKITRICK (0073750)**
**JENNIFER A. DRISCOLL (0073472)**
Senior Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
(614) 644-7233/FX: (866) 359-3383
Daniel.McKitrick@OhioAGO.gov
Jennifer.Driscoll@OhioAGO.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, a copy of the foregoing *Defendants' Notice of Appeal* was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ D. Chadd McKitrick*
D. CHADD McKITRICK (0073750)
Senior Assistant Attorney General

*Counsel for Defendants*